IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br><br> v. <br><br> $20,021.12 U.S. CURRENCY, <br>     Defendant | CIVIL NO. RWT-09-2115 |

## FINAL ORDER OF FORFEITURE

IT IS ORDERED, ADJUDGED, AND DECREED on this 5th day of January, 2010, that:

1. The United States of America has provided constructive notice by publication of the pendency of this forfeiture action;

2. The time for the filing of any claim to contest this forfeiture has expired;

3. The United States of America has shown that there was reasonable cause for the seizure of the defendant property under 28 U.S.C. §2465;

4. $18,271.12 of the defendant U.S. Currency shall be released to the claimant in accordance with the settlement agreement attached to the government's motion. The remaining $1,750 defendant U.S. Currency is condemned and all rights, title, and interests of Rosalynn A. Bourgeois, and any and all other persons is **HEREBY FORFEITED** to the United States of America.

5. The U.S. Marshals Service shall dispose of the remaining defendant currency in accordance with law and in accordance with the Settlement Agreement annexed as **Exhibit A** to the government's motion.

6. The clerk of the court shall provide copies of this order to counsel of record.

/s/ Roger W. Titus
Roger W. Titus
United States District Judge